UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TOKYO ELECTRON AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW DALE MILLER, <br><br> Defendant. | Case No.: 3:21-cv-01388 <br><br><br> **TEMPORARY RESTRAINING ORDER** |

This matter came before the Court on September 21, 2021, on Plaintiff Tokyo Electron America, Inc.'s ("TEL") Motion for Temporary Restraining Order and Preliminary Injunction. [Dkt. # 3] TEL was represented by Christopher McCracken of the Ogletree Deakins law firm. Defendant Andrew Dale Miller ("Mr. Miller") did not appear.

The Court has fully considered all materials filed in support of the Motion, as well as oral argument. For the reasons the Court stated on the hearing record, the Court finds that TEL has satisfied the requirements for a temporary restraining order and, therefore, IT IS HEREBY ORDERED that TEL's Motion for Temporary Restraining Order is GRANTED as follows:

1. <u>Confidentiality</u>. Mr. Miller shall abide by the provisions of the Agreement for Confidential Information and Intellectual Property dated July 13, 2018, between TEL and Mr. Miller (the "Confidentiality Agreement"), and Mr. Miller shall not use, access, copy, or disclose in any manner TEL's Company Information or Company Property, as those terms are defined in the Confidentiality Agreement; and

2. <u>Return of Company Property</u>. Mr. Miller shall immediately return to TEL all Company Property in his possession, including without limitation, the two TEL-issued laptop computers, all security badges issued by TEL (or by any TEL customer) to Mr. Miller, any TEL-

1 – TEMPORARY RESTRAINING ORDER

issued telephone, and all copies of any documents, information, or data Mr. Miller has copied from the Company Property.

      IT IS FURTHER ORDERED that Mr. Miller shall appear before the Court in writing by October 1, 2021 to show cause why a preliminary injunction should not issue in accordance with this Temporary Restraining Order. The Parties are to file any supplemental briefing and evidence on or before October 1, 2021.

      Dated this 22 day of September, 2021.

                                                                           MICHAEL W. MOSMAN
                                                                         United States District Judge